# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, | Case No. 1:22-cv-00588 |
| *Plaintiff,* | |
| vs. | Judge Charles P. Kocoras |
| RELIABLE LEGAL MARKETING CONSULTING, LLC. d/b/a LEAD TO THE TOP, AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC, BRYAN F. AYLSTOCK, JUSTIN G. WITKIN, DOUGLASS A. KREIS, NEIL D. OVERHOLTZ, AND MICHAEL SCHNEIDER, | **NOTICE OF VOLUNTARY DISMISSAL** |
| *Defendants*. | |

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntary dismisses this action with prejudice as to his claims against all Defendants.

Dated: February 19, 2022

Respectfully Submitted,

/s/ *Jorge Alejandro Rojas*
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the same day of filing, he sent a copy of this to Defendants Reliable Legal Marketing Consulting, LLC. D/B/A Lead To The Top and Michael Schneider via electronic mail, consent to do so which was obtained in writing. Remaining defendants were sent a copy to their last known address via first class mail.

/s/ *Jorge Alejandro Rojas*